February 18, 2005

U.S. District Court
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

RECEIVED MAR
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[redacted] 05 242 ML

To Whom It May Concern:

I am filing suit against the Westerly School Department and David Capizano, Laborers' Int'l Union of Local 15, A F L – C I O, PO Box 705, Westerly, RI. 02891 for violation of my human rights.

The following information is my contention of why I felt the need to leave my place of employment and deserve compensation:

After approximately four years of harassment, I left Babcock Middle School, where I had been employed as a Paraprofessional for 10 years. Although my work environment was insufferable for years, the pinnacle of this came while in a meeting attended by Scott Kizner, Superintendent of the Westerly, RI. Public Schools, Barbara Miller, Principal of Babcock Middle School, David Capizano, Union Business Manager, and Karen Martin, Union Representative. At this meeting I was told I was given one week leave of absence without pay. Superintendant Kizner also guaranteed me that within 6 days to 6 weeks of my return, I would be fired. I was told I would be watched, notes taken, and reports given to Mrs. Miller as well as him, regarding my performance. At this particular meeting, Mr. Kizner was intimidating and verbally abrasive. The result of this meeting was a hostile and degrading work environment. My local union manager and representative told me that perhaps they could get me a job as a bus monitor with maybe the same pay and benefits

All this occurred, I believe, because I allegedly drank out of a student's juice box, invaded a student's privacy by writing his homework in his assignment book, and organizing a student's binder. Part of my job, as a Special Education Paraprofessional, was to make sure the students were organized and that their homework assignments were copied down. I feel I was doing my job in a professional manner. I dismiss the allegation of drinking out of a student's juice box as ludicrous. Out of professional and personal concerns, I would never drink out of any student's juice box.

While during my tenure at Babcock Middle School, I experienced many illnesses and required back and neck surgery. While completely beyond my control, these health problems were personally held against me.

Through all of this, I remained at Babcock because I was the soul provider of health insurance for my husband and myself. Both my husband, who is disabled for

complications due to open-heart surgery, and both he and I require multiple medications. My husband is in poor health and now has to rely on Medicare to cover the costs of his various health needs. When the pain and degradation of this job got to be too much, I was forced to quit my job. As a result of this I have had multiple nervous breakdowns and am now on disability myself.

Please let me know what further information I can provide to you.

Thank you for considering this as a true case of discrimination.

Sincerely,

Phyllis "Buffy" Rogers

Phyllis "Buffy" Rogers
15 William Street
Pawcatuck, CT. 06379-2110
1-860-432-4066

February 24, 2004

EEOC
Boston Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 0203

Mr. Robert L. Sanders
Area Office Director
EEOC

Dear Mr. Sanders,

I am filing suit with the Federal Government, EEOC. Division against the Westerly School Dept. and David Capizano, Laborers' Int'l Union Of Local 15, A F L - C I O, PO Box 705, Westerly, RI. 02891.

This suit will be filed at the United States District Court for the District of Rhode Island at John O. Pastore Federal Building, Two Exchange Terrace, Providence, RI. 02903.

I am contacting the US District Court for a lawyer pro se as I can not afford to hire a lawyer.

Sincerely,

Phyllis "Buffy" Rogers

Phyllis "Buffy" Rogers
15 William Street
Pawcatuck, CT. 06379-2110

cc: Anne R. Giantonio
John O. Pastore Federal Building, Providence, RI 02903

Attachments: One Letter