UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHYLLIS ROGERS

v. CA 05-242ML

WESTERLY PUBLIC SCHOOL
DEPARTMENT, et al

ORDER

The above-captioned case was filed on June 1, 2005 and the matter has been pending since without an answer having been filed and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi
U.S. District Judge
October 25, 2005

Entered as an Order of this Court on October 25, 2005

Deputy Clerk