UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PHYLLIS ROGERS

vs. C.A. No. 05-242ML

WESTERLY PUBLIC SCHOOL
DEPARTMENT

ORDER

On October 25, 2005 an Order was entered notifying the parties that the above-captioned case would be dismissed without prejudice within 15 days for lack of prosecution. Fifteen days having elapsed without any response to the Court's Order,

It is now ORDERED that this action is hereby dismissed without prejudice.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
November 21, 2005

Entered as an Order of this Court on November 21, 2005

Barbara Barletta
Deputy Clerk